UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Idalia Valcarcel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Ahold U.S.A., Inc.,<br><br>Defendant. | 1:21-cv-07821-JSR<br><br>ORAL ARGUMENT SCHEDULED FOR 12/20/2021 AT 3:00PM |

### NOTICE OF MOTION TO DISMISS COMPLAINT

PLEASE TAKE NOTICE that Defendant Ahold U.S.A., Inc., by its attorneys Faegre Drinker Biddle & Reath LLP, hereby moves the Court for an order dismissing with prejudice the Complaint filed by Plaintiff Idalia Valcarcel. This motion is made under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on the grounds that Plaintiff lacks standing to seek injunctive relief and the Complaint fails to state a claim upon which relief can be granted.

Pursuant to the Court's Individual Rule of Practice 2(d), Defendant sets forth the schedule for filing and service of the parties' papers and for oral argument, as reflected in the Civil Case Management Plan (Dkt. 9) and approved by the Court at the October 28, 2021 conference, as follows:

| Event | Deadline |
|---|---|
| Defendant's Motion to Dismiss | 11/11/2021 |
| Plaintiff's Opposition | 11/29/2021 |
| Defendant's Reply | 12/6/2021 |
| Oral Argument | 12/20/2021 at 3:00pm |

1

Dated: November 11, 2021

/s/ *Sarah L. Brew*
FAEGRE DRINKER BIDDLE & REATH LLP
Sarah L. Brew (admitted *pro hac*)
Tyler A. Young (*pro hac vice* application forthcoming)
Rory F. Collins (NY Bar No. 5549670)
Emily R. Zambrana (admitted *pro hac vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
sarah.brew@faegredrinker.com
tyler.young@faegredrinker.com
rory.collins@faegredrinker.com
emily.zambrana@faegredrinker.com

*Attorneys for Defendant Ahold U.S.A., Inc.*