UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Idalia Valcarcel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Ahold U.S.A., Inc.,<br><br>Defendant. | 1:21-cv-07821-JSR<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Ahold U.S.A., Inc., through its undersigned counsel, states that it is it is a Maryland corporation and an indirect, wholly-owned subsidiary of Koninklijke Ahold Delhaize N.V., a publicly traded company registered in The Netherlands.

Dated:  November 11, 2021

s/ *Sarah L. Brew*
FAEGRE DRINKER BIDDLE & REATH LLP
Sarah L. Brew (admitted *pro hac vice*)
Tyler A. Young (*pro hac vice* application forthcoming)
Rory F. Collins (NY Bar No. 5549670)
Emily R. Zambrana (admitted *pro hac vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
sarah.brew@faegredrinker.com
tyler.young@faegredrinker.com
rory.collins@faegredrinker.com
emily.zambrana@faegredrinker.com

*Attorneys for Defendant Ahold U.S.A., Inc.*