## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Idalia Valcarcel, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Ahold U.S.A., Inc.,<br><br>Defendant. | 1:21-cv-07821-JSR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Idalia Valcarcel, and Defendant Ahold U.S.A., Inc., and their respective counsel, that the above-captioned action, including all claims that were or could have been asserted, is voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: February 4, 2022

SHEEHAN & ASSOCIATES, P.C.

By: *[signature]*
Spencer Sheehan
60 Cuttermill Road, Ste 409
Great Neck, NY 11021
Telephone: (516) 268-7080
spencer@spencersheehan.com

*Attorney for Plaintiff Idalia Valcarcel*


SO ORDERED

*[signature]*

JED S. RAKOFF, U.S.D.J.

2/9/22

FAEGRE DRINKER BIDDLE & REATH LLP

By: *[signature]*
Sarah L. Brew (admitted *pro hac*)
Tyler A. Young (admitted *pro hac vice*)
Rory F. Collins (NY Bar No. 5549670)
Emily R. Zambrana (admitted *pro hac vice*)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Fax: (612) 766-1600
sarah.brew@faegredrinker.com
tyler.young@faegredrinker.com
rory.collins@faegredrinker.com
emily.zambrana@faegredrinker.com

*Attorneys for Defendant Ahold U.S.A., Inc.*